


| **WARRANTY HOLDER (CUSTOMER INFORMATION)** | **APPLICATION/WARRANTY NO:** LTW |
|---|---|
| Name: ................................................................. | Current Odometer: ................................................................. |
| Address: .............................................................. | Vehicle Purchase Date ........................................................... |
| City, ST, Zip: ...................................................... | |
| Phone #: ............................................................. | |

| **COVERED VEHICLE** | **DEALERSHIP** |
|---|---|
| VIN: .................................................................... | Name: ................................................................. |
| Year: .................................................................. | Address: .............................................................. |
| Make: ................................................................. | |
| Model: ................................................................ | City, ST, Zip: ...................................................... |

I HAVE READ AND UNDERSTAND THIS LIMITED WARRANTY IN ITS ENTIRETY. I ACKNOWLEDGE MY UNDERSTANDING THAT IT IS ISSUED BY THE ISSUING DEALER FOR THE LIFE OF ENGINE ON THE ABOVE INDICATED VEHICLE TO THE ABOVE INDICATED ORIGINAL OWNER OF THIS VEHICLE AT TIME OF SALE.
To obtain the benefits provided under this warranty it is the responsibility of the Original Registered Owner to:
- Have the oil and filter services performed at the selling Dealer and maintain purchase/service receipts evidencing the engine has been serviced.
- Assure that engine oil and filter are changed every three (3) months or three-thousand (3,000) miles, whichever occurs first or as recommended by the manufacturer.
- Replace leaking engine or coolant seals and gaskets that relate to the protection of the engine from lubricant loss or overheating.

Customer Signature            Date            Dealership Signature

### DEFINITIONS
- "Breakdown" or "Mechanical Breakdown" means the immediate & apparent total failure of any Covered Part to work as it was designed to work in normal service. Please refer to the wording under exclusions for a listing of conditions under which the failure of a Covered Part is not considered a Mechanical Breakdown.
- "Warranty Holder" means the holder of this limited warranty.
- "Covered Part" means any part of the vehicle listed under the section of this limited warranty entitled *What Is Covered* and not excluded from coverage as per the section of this limited warranty entitled *Exclusions – What This Limited Warranty Does Not Cover*.
- "Repair Facility" means any original Selling Dealer or Heritage Authorized Repair Facility at which the Warranty Holder acquires service under this limited warranty.
- "Claim Administrator" means Heritage Administration Services, Inc., located at 8055 "O" Street, Lincoln, Nebraska 68510, and which can be reached at 1-800-753-5236.

### WARRANTY HOLDER OBLIGATIONS
- The Warranty Holder and the Repair Facility are required to obtain the Claim Administrator's authorization number prior to beginning any repair covered by this limited warranty.
- The Warranty Holder is responsible for authorizing and paying for any tear down or diagnosis time needed to determine if the vehicle has a covered Breakdown. If it is subsequently determined that the repair is needed due to a covered Breakdown then the Claim Administrator will pay for such tear down or diagnosis. If the failure is not a covered Mechanical Breakdown then the Warranty Holder is responsible for payment of such tear down or diagnosis.

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION**
**CLAIMS 1-800-753-5236**
White – Customer     Canary – Administrator     Pink – Dealer           TLW-ELW-TP-021403

ALL - 001067

## CLAIM ADMINISTRATOR OBLIGATIONS

If a covered Mechanical Breakdown of the vehicle occurs during the term of this limited warranty and within the United States or Canada the Claim Administrator will:

- Pay the Selling Dealer or the Authorized Repair Facility for repair or replacement, as the Claim Administrator deems appropriate, of the Covered Part(s) which caused the Mechanical Breakdown if the Warranty Holder has met his/her obligations as described in this limited warranty and if the Breakdown is not excluded under the exclusions section of this limited warranty. Replacement parts can be of like kind and quality. This may include the use of new, remanufactured or comparable parts as determined by the Claim Administrator.
- Reimburse the Warranty Holder for a rental car. Required labor time is determined by the national repair manual in use by the Repair Facility. If the Claim Administrator requests that the vehicle be inspected by an outside source, the Claim Administrator will reimburse the Warranty Holder for 1 day of rental. To receive rental benefits, Warranty Holder must supply the Claim Administrator with the receipt from a licensed rental agency, Inc. One day rental is allowed for parts delay, inspection of breakdown, and/or 4 hours to do repairs. An additional day of rental will be authorized for every additional 8 hours of labor time charged to do the repairs. TO RECEIVE RENTAL BENEFITS THE CONTRACT HOLDER MUST SUPPLY HERITAGE ADMINISTRATION SERVICES, INC. WITH HIS/HER RECEIPT FROM A LICENSED RENTAL AGENCY. The limit on this reimbursement is up to $25 per day for up to 6 days per Mechanical Breakdown or series of Breakdowns related in time or cause.

## WHAT TO DO IF YOU HAVE A BREAKDOWN

(1) Use all reasonable means to protect the vehicle from further damage. This may require you to stop the vehicle, turn off the engine, and have the vehicle towed.
(2) You must Present this limited warranty back to the original selling Dealer or authorized repair facility for all engine problems, call the Claim Administrator, Heritage Administration Services, Inc. toll free at 1-800-753-5236, and fax any required maintenance receipts. Heritage Administration Services, Inc. can be reached through the mail at 8055 "O" Street, Lincoln, Nebraska 68510.
(3) Prior to proceeding with repairs, ensure the Repair Facility calls the Claim Administrator with an estimate of repairs and receives an authorization number from the Claim Administrator.

## COVERED PARTS

The following is a list of Covered Parts under this Warranty (Taxes and fluids needed for authorized repairs are also included):

Engine – All internally lubricated parts of engine, including: pistons, piston rings, piston pins, crankshaft and main bearings, connecting rods and rod bearing, camshaft and camshaft bearings, timing chain and timing gears, intake and exhaust valves, valve springs, guides, oil pump, push rods, rocker arms, hydraulic lifters and rocker arm shafts. The Engine Block and Cylinder Heads are also covered if mechanical failure was caused by the above-listed parts. (Does not include any other part other than what is supplied in Long Block Assembly).

## EXCLUSIONS – WHAT THIS LIMITED WARRANTY DOES NOT COVER

- A Breakdown caused by contamination of or lack of proper fuels fluids coolants or lubricants, including a Breakdown caused by a failure to replace seals or gaskets in a timely manner.
- Repair or replacement of a covered component/part to correct conditions that may reasonably be assumed to have existed at the inception date of the coverage provided by this warranty (Pre-existing conditions).
- Any cost covered by a repairer's or supplier's guarantee, or any cost which would normally be covered by a manufacturer's warranty.
- Any liability, cost or damages Warranty Holder may incur to any third parties other than the Claim Administrator's approved repair or replacement of Covered Parts which caused a Mechanical Breakdown.
- A Breakdown caused by overheating, rust or corrosion.
- Damage caused by pre-ignition detonation, pinging, improper lubricants or improper engine adjustments, any mechanical breakdown caused by sludge, lack of lubrication or carbon build up in cylinders.
- A Breakdown caused by collision, fire, electrical fire or meltdown, theft, freezing, vandalism, flood, or for any hazard insurable under standard physical damage insurance policies whether or not such insurance is in force with respect to the vehicle.
- Loss of use, loss of time, loss profits or savings, inconvenience, commercial loss, or other incidental or consequential damages or loss that results from a Breakdown.
- Liability for damage to property, or for injury to or death of any person arising out of the operation, maintenance or use of the vehicle whether or not related to a Breakdown. Any costs or other benefit for which the manufacturer has announced its responsibility through any means including public recalls or factory service bulletins. Any part not covered by, or excluded by the original vehicle manufacturer's warranty.
- A gradual reduction in operating performance due to normal wear and tear, such as guides, valves, rings and loss of compression.
- Seals and gaskets are not covered unless required in the repair of a Covered Part.
- Incident or consequential damage or loss caused by Breakdown of Covered Parts (or otherwise) including property damage, personal injury, inconvenience, loss of vehicle use, and commercial loss. Punitive damages are also expressly excluded. Repairs covered by any original manufacturer's warranty, both basic and powertrain (whether or not transferred with the vehicle).
- Dealer and Claim Administrator reserve the right to cancel this limited warranty and will not pay for Mechanical Breakdown if the odometer fails, or for any reason does not record the actual mileage of the vehicle after purchase date and the actual mileage of the vehicle cannot be established for verification of maintenance.

## OTHER IMPORTANT WARRANTY PROVISIONS

The issuing dealer's obligation to perform under this limited warranty is insured by Heritage Warranty Mutual Insurance Risk Retention Group, Inc., 8055 "O"Street Lincoln, NE 68510 and reinsured by American Re®–a national A++ rated company and member of the Munich Re Group®. In the event the Claim Administrator fails to pay that which the Claim Administrator or issuing dealer are legally obligated to pay, the Warranty Holder may file a claim under the insurance policy by mailing a copy of the adjudication to Heritage Warranty Mutual Insurance Risk Retention Group, Inc. at their above address.

SC-In the event the provider does not timely solve such matters within (60) days of proof of loss, they may contact the SC Dept. of Insurance, PO Box 100105, Columbia, SC 29202-3105,and telephone number (800) 768-3467.

WISCONSIN-Claims may not be denied solely because the contract holder did not obtain preauthorization within a reasonable time frame. THIS WARRANTY IS SUBJECT TO LIMITED REGULATION BY THE OFFICE OF THE COMMISSIONER OF INSURANCE. A SECURITY DEPOSIT WITH THE WISCONSIN STATE TREASURER IS BEING USED IN LIEU OF AN INSURANCE POLICY.

The aggregate total of dealer's and Claim Administrator's liability for all benefits paid or payable during the term of this limited warranty shall not exceed the average retail value of the vehicle. Heritage Warranty reserves the right to purchase vehicle if the cost of the covered repair exceeds the average retail value of the vehicle according to current National Auto Dealers Association standards at the time of Breakdown. This warranty is not transferable.

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION**
**CLAIMS 1-800-753-5236**

White – Customer  Canary– Administrator  Pink– Dealer

TLW-ELW-TP-021403

ALL - 001068



# Engine for Life Limited Warranty
## For the Anderson Automotive Group
### By Heritage

| **WARRANTY HOLDER (CUSTOMER INFORMATION)** | **APPLICATION/WARRANTY NO:** |
|---|---|
| Name: <br> Address: <br> City, ST, Zip: <br> Phone #: | Current Odometer: <br> Vehicle Purchase Date: |

| **COVERED VEHICLE** | **DEALERSHIP** |
|---|---|
| VIN: <br> Year: <br> Make: <br> Model: | Name: <br> Address: <br> City, ST, Zip: |

I HAVE READ AND UNDERSTAND THIS LIMITED WARRANTY IN ITS ENTIRETY. I ACKNOWLEDGE MY UNDERSTANDING THAT IT IS ISSUED BY THE ISSUING DEALER FOR THE LIFE OF THE ABOVE INDICATED VEHICLE TO THE ABOVE INDICATED ORIGINAL OWNER OF THIS VEHICLE AT TIME OF SALE.

To obtain the benefits provided under this warranty it is the responsibility of the Original Registered Owner to:
- Must have the engine serviced at the selling Dealership the vehicle was purchased from, or this warranty will be void.
- Maintain purchase/service receipts evidencing the engine has been serviced.
- Assure that engine oil and filter are changed every three (3) months or three-thousand (3,000) miles, whichever occurs first or as recommended by the manufacturer.
- Warranty holder must follow this maintenance requirement for coverage to be in effect.
- Replace leaking engine or coolant seals and gaskets.

Customer Signature            Date            Dealership Signature

### DEFINITIONS
- "Breakdown" or "Mechanical Breakdown" means the immediate & apparent total failure of any Covered Part to work as it was designed to work in normal service. Please refer to the wording under exclusions for a listing of conditions under which the failure of a Covered Part is not considered a Mechanical Breakdown.
- "Warranty Holder" means the holder of this limited warranty.
- "Covered Part" means any part of the vehicle listed under the section of this limited warranty entitled *What Is Covered* and not excluded from coverage as per the section of this limited warranty entitled *Exclusions – What This Limited Warranty Does Not Cover*.
- "Repair Facility" means any original Selling Dealer or Heritage Authorized Repair Facility at which the Warranty Holder acquires service under this limited warranty.
- "Claim Administrator" means Heritage Administration Services, Inc., located at 8055 "O" Street Lincoln, Nebraska 68510, and which can be reached at 1-800-753-5236.

### WARRANTY HOLDER OBLIGATIONS
- The Warranty Holder and the Repair Facility are required to obtain the Claim Administrator's authorization number prior to beginning any repair covered by this limited warranty.
- The Warranty Holder is responsible for authorizing and paying for any tear down or diagnosis time needed to determine if the vehicle has a covered Breakdown. If it is subsequently determined that the repair is needed due to a covered Breakdown then the Claim Administrator will pay for such tear down or diagnosis. If the failure is not a covered Mechanical Breakdown then the Warranty Holder is responsible for payment of such tear down or diagnosis.

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION**
**CLAIMS 1-800-753-5236**

F01203            TLW-AAG-TP-021203

ALL - 001085

## CLAIM ADMINISTRATOR OBLIGATIONS

If a covered Mechanical Breakdown of the vehicle occurs during the term of this limited warranty and within the United States or Canada the Claim Administrator will:

- Pay the Selling Dealer or the Authorized Repair Facility for repair or replacement, as the Claim Administrator deems appropriate, of the Covered Part(s) which caused the Mechanical Breakdown if the Warranty Holder has met his/her obligations as described in this limited warranty and if the Breakdown is not excluded under the exclusions section of this limited warranty. Replacement parts can be of like kind and quality. This may include the use of new, remanufactured or comparable parts as determined by the Claim Administrator.
- Reimburse the Warranty Holder for a rental car. Required labor time is determined by the national repair manual in use by the Repair Facility. If the Claim Administrator requests that the vehicle be inspected by an outside source, the Claim Administrator will reimburse the Warranty Holder for 1 day of rental. To receive rental benefits, Warranty Holder must supply the Claim Administrator with the receipt from a licensed rental agency, Inc. One day rental is allowed for parts delay, inspection of breakdown, and/or 4 hours to do repairs. An additional day of rental will be authorized for every additional 8 hours of labor time charged to do the repairs. TO RECEIVE RENTAL BENEFITS THE CONTRACT HOLDER MUST SUPPLY HERITAGE ADMINISTRATION SERVICES, INC, WITH HIS/HER RECEIPT FROM A LICENSED RENTAL AGENCY. The limit on this reimbursement is up to $25 per day for up to 6 days per Mechanical Breakdown or series of Breakdowns related in time or cause.

## WHAT TO DO IF YOU HAVE A BREAKDOWN

(1) Use all reasonable means to protect the vehicle from further damage. This may require you to stop the vehicle, turn off the engine, and have the vehicle towed.
(2) You must Present this limited warranty back to the original selling Dealer or authorized repair facility for all engine problems, call the Claim Administrator, Heritage Administration Services, Inc. toll free at 1-800-753-5236, and fax any required maintenance receipts. Heritage Administration Services, Inc. can be reached through the mail at 8055 "O" Street, Lincoln, Nebraska 68510.
(3) Prior to proceeding with repairs, ensure the Repair Facility calls the Claim Administrator with an estimate of repairs and receives an authorization number from the Claim Administrator.

## COVERED PARTS

The following is a list of Covered Parts under this Warranty (Taxes and fluids needed for authorized repairs are also included).

**Engine** – All internally lubricated parts of engine, including: pistons, piston rings, piston pins, crankshaft an main bearings, connecting rods and rod bearing, camshaft and camshaft bearings, timing chain and timing gears, intake and exhaust valves, valve springs, guides, oil pump, push rods, rocker arms, hydraulic lifters and rocker arm shafts. The Engine Block and Cylinder Heads are also covered if mechanical failure was caused by the above-listed parts. (Does not include any other part other than what is supplied in Long Block Assembly).

## DURATION OF THIS WARRANTY

This warranty lasts for as long as you own the Covered Vehicle. Coverage under this warranty terminates if you sell or transfer the Covered Vehicle. This warranty is not transferable.

## EXCLUSIONS – WHAT THIS LIMITED WARRANTY DOES NOT COVER

- Dealer and Claim Administrator reserve the right to cancel this limited warranty and will not pay for Mechanical Breakdown if the odometer fails, or for any reason does not record the actual mileage of the vehicle after purchase date and the actual mileage of the vehicle cannot be established for verification of maintenance.

This warranty does not cover the following:

- A Breakdown caused by contamination of or lack of proper fuels, fluids, coolants, or lubricants.
- A Breakdown caused by a failure to replace seals or gaskets or otherwise to perform proper maintenance of the Covered Vehicle in a timely manner.
- A Breakdown caused by unauthorized modifications or alterations of a Covered Part, installation of performance accessories to the engine, or unauthorized repairs or replacements of Covered Parts performed in a faulty manner.
- A Breakdown caused by overheating, rust, or corrosion.
- A Breakdown caused by pre-ignition detonation, pinging, improper lubricants or improper engine adjustments.
- A Breakdown caused by collision, fire, electrical fire or meltdown, theft, freezing, vandalism, flood, or for any hazard insurable under standard physical damage insurance policies whether or not such insurance is in force with respect to the vehicle.
- Loss of use, loss of time, loss of profits or savings, inconvenience, commercial loss, property damage, bodily injury, punitive damages, and any incidental or consequential damages or loss of any kind that results from a Breakdown. Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above exclusions or limitations may not apply to you.
- Any costs or other benefit for which the manufacturer has announced its responsibility through any means including public recalls or factory service bulletins.
- A gradual reduction in operating performance due to normal wear and tear, such as guides, valves, rings and loss of compression.
- Seals and gaskets are not covered unless required in the repair of a Covered Part.
- Repairs covered by the original manufacturer's warranty, provided such warranty has been transferred to you.
- The costs associated with the tear down or diagnosis of a potential Breakdown, unless it is subsequently determined that a Breakdown covered by this warranty has occurred.
- Dealer and Claim Administrator reserve the right to cancel this limited warranty and will not pay for Mechanical Breakdown if the odometer fails, or for any reason does not record the actual mileage of the vehicle after purchase date and the actual mileage of the vehicle cannot be established for verification of maintenance.

## OTHER IMPORTANT WARRANTY PROVISIONS

The issuing dealer's obligation to perform under this limited warranty is insured by **Heritage Warranty Insurance Risk Retention Group, Inc., 8055 "O"Street Lincoln, NE 68510**. The aggregate total of dealer's and Claim Administrator's liability for all benefits paid or payable during the term of this limited warranty shall not exceed the average retail value of the vehicle. Heritage Warranty reserves the right to purchase vehicle if the cost of the covered repair exceeds the value of the vehicle according to current National Auto Dealers Association standards at the time of Breakdown. This warranty is not transferable.

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION**
**CLAIMS 1-800-753-5236**

F01203

TLW-AAG-TP-021203

ALL - 001086