# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PREMIER DEALER SERVICES, INC.,**

      **Plaintiff,**                       Case No. 2:18-cv-735
                                           **JUDGE EDMUND A. SARGUS, JR.**
    v.                             Magistrate Judge Chelsey M. Vascura

**ALLEGIANCE ADMINISTRATORS,
LLC, et al.,**

      **Defendants.**

## ORDER

      This matter is before the Court on Defendants' Motion to File Documents Under Seal (ECF No. 188).  The Court previously directed Defendants to file supplemental briefing addressing why the trial exhibits should be sealed. Defendants thereafter notified the Court that they do not believe the documents should be sealed and filed the motion in order to comply with the parties' Agreed Protective Order.  (ECF No. 205.)

      The party seeking to seal records bears the burden of showing why the Court should seal them. *Shane Grp., Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305 (6th Cir. 2016). (Order, ECF No. 202.)  Defendants no longer argue the exhibits should be sealed. Therefore, their motion (ECF No. 188) is **DENIED AS MOOT**.

      **IT IS SO ORDERED.**

**5/17/2022**                                                    s/Edmund A. Sargus, Jr.
**DATE**                                                       **EDMUND A. SARGUS, JR.**
                                                             **UNITED STATES DISTRICT JUDGE**