UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PREMIER DEALER SERVICES, INC.**,

    **Plaintiff,**

    v.

**ALLEGIANCE ADMINISTRATORS, LLC,** *et al.*,

    **Defendants.**

Case No. 2:18-cv-735
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court for consideration of Defendant Allegiance Administrators, LLC's ("Allegiance") Motion for Stay of Execution Pending Appeal and Approval of Supersedeas Bond Amount ("Motion"). (ECF No. 274.) As this Court previously indicated, the Court was "inclined to grant Allegiance's Motion," but would not do so until Allegiance provided a bond or other security to the Court. (ECF No. 281, at PageID # 8244.) Allegiance has since posted a bond (ECF No. 287), and Premier Dealer Services, Inc. consents to the stay pending appeal. (ECF No. 288, at PageID # 8279.) Accordingly, the Court hereby **GRANTS** Allegiance's Motion for Stay of Execution Pending Appeal.

    IT IS SO ORDERED.

**11/21/2023**　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**